JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| ELEANOR DEMPSTER, | ) | Case No. 2:20-cv-03181-SHK |
| | ) | |
| Plaintiff, | ) | ~~PROPOSED~~ |
| | ) | **JUDGMENT FOR VOLUTARY** |
| v. | ) | **REMAND PURSUANT TO** |
| | ) | **SENTENCE FOUR OF 42 U.S.C. §** |
| ANDREW SAUL, | ) | **405(g)** |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |

The Court having approved the parties Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ( Stipulation to Remand ) lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated: March 17, 2021

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-