THE LAW OFFICES OF JUDITH S. LELAND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile: (562) 632-1301
ALEXIS M. LELAND (State Bar No: 223729)
E-mail: tracey@disabilitylawfirm.com
Attorneys for Plaintiff

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-5611
    Facsimile: (415) 744-0134
    Email: tina.naicker@ssa.gov
    Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISON

| | |
|---|---|
| ELEANOR DEMPSTER,<br><br>    Plaintiff,<br><br>        v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 20-3181-SHK<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS [$3,800.00]. as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: June 24, 2021

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE